# CENTRAL RECORDS DIVISION - MARYLAND STATE POLICE

## CODES FOR MOTOR VEHICLE ACCIDENT REPORT

**UNIVERSAL ACCIDENT CODES:** 00 Not Applicable  88 Other  99 or UU Unknown

**16 ROAD CHARACTER**
- 01 Straight & Level
- 02 Straight & Grade
- 03 Straight & Hillcrest
- 04 Curve & Level
- 05 Curve & Grade
- 06 Curve & Hillcrest
- 07 On Bridge

**19 IN LANE:**
Direction (Pos.1)
- N North
- E East
- S South
- W West
- P Parking

Number (Pos. 2)
- # (Lane #: 0 thru 9)
- R Right Turn
- L Left Turn
- A Acceleration
- D Deceleration
- S Shoulder
- X Crossover
- O Off road
- G Gore
- M Median
- L (Parking) Lot

**24 ROAD CONDITION**
- 01 No Defects
- 02 Shoulder Defect
- 03 Holes, Ruts, Etc.
- 04 Foreign Material
- 05 Loose Surface Material
- 06 Obstruction Not Lighted
- 07 Obstruct. Not Signaled
- 08 View Obstructed

**30 ROAD DIVISION**
- 01 Not Divided
- 02 One Way Road or Street
- 03 Divided: Median strip without Barrier
- 04 Divided: Median strip with Barrier

**34 SURFACE CONDITION**
- 01 Wet
- 02 Dry
- 03 Snow
- 04 Ice
- 05 Mud

**36 JUNCTION RELATIONSHIP**
- 01 Non-intersection
- 02 Intersection
- 03 Intersection Related
- 04 Driveway Access

**37 HARMFUL EVENT - 1**
**38 HARMFUL EVENT - 2**

Collision With:
- 01 Other Motor Vehicle in Transport
- 02 Parked Motor Vehicle
- 03 Pedestrian
- 04 Bicycle
- 05 Other Pedacycle
- 06 Other Conveyance
- 07 Railway Train
- 08 Animal
- 09 Fixed Object
- 10 Other Object

Non-Collision:
- 11 Overturn
- 12 Spilled Cargo
- 13 Jackknife
- 14 Separation of Units
- 15 Other Non-Collision
- 16 Off Road
- 17 Downhill Runaway
- 18 Explosion or Fire

**39 FIXED OBJECT STRUCK**
- 01 Bridge-Overpass
- 02 Building
- 03 Culvert-Ditch
- 04 Curb
- 05 Guardrail-Barrier
- 06 Embankment
- 07 Fence
- 08 Light Support Pole
- 09 Sign Support Pole
- 10 Other Pole
- 11 Tree-Shrubbery
- 12 Construction Barrier
- 13 Crash Attenuator

**40 COLLISION TYPE (Veh-to-Veh)**

(diagram with codes 01-17, 17 = SINGLE VIEW)

**41 LIGHT**
- 01 Daylight
- 02 Dawn or Dusk
- 03 Dark: Street Lights On
- 04 Dark: No Street Lights

**42 WEATHER**
- 01 Clear or Cloudy
- 02 Foggy
- 03 Raining
- 04 Snow or Sleet
- 05 Severe winds

**45 SEX**
- 01 Male
- 02 Female

**48 INJURY**
- 01 Not injured/not known
- 02 Possible injury
- 03 Inj.-not incapacitated
- 04 Disabled (Incapacitated)
- 05 Fatal

**50 MOVEMENT**
Vehicle Movement
- 01 Moving Consent Speed
- 02 Accelerating
- 03 Slowing or Stopping
- 04 Starting from Traffic Lane
- 05 Starting from Parked Position
- 06 Stopped in Traffic Lane
- 07 Changing Lanes
- 08 Passing
- 09 Parking
- 10 Parked
- 11 Backing
- 12 Making Left Turn
- 13 Making Right Turn
- 14 Making Right Turn on Red
- 15 Making U Turn
- 16 Skidding
- 17 Driverless Moving Vehicle

PED Movement
- 51 Cross/Enter at intersection
- 52 Cross/Ent Not at intersection
- 53 Walking/Riding with Traffic
- 54 Walking/Ride Against Traffic
- 55 Playing
- 56 Standing  (continued-)
- 57 Getting On/Off Vehicle
- 58 Push/Work on Vehicle
- 59 Other Working
- 60 Hitchhiking
- 61 Approach/Leave School Bus

**51 CONDITION**
- 01 Apparently Normal
- 02 Had Been Drinking
- 03 Using Drugs
- 04 Physical Defects
- 05 Other Handicaps
- 06 Ill
- 07 Fatigued
- 08 Apparently Asleep

**52 SUBSTANCE DETECTED**
- 01 No Substance Detected
- 11 Alcohol Present
- 12 Illegal Drug Present
- 13 Medication Present
- 14 Combined Subst. Present
- 21 Alcohol Contributed
- 22 Illegal Drug Contributed
- 23 Medication Contributed
- 24 Combination Contributed

**53 TEST ADMINISTERED**
- 01 Test (s) Refused
- 02 Positive Prelim. Test
- 03 Evidence Test Given

**56 PED TYPE**
- 01 Pedestrian
- 02 Bicyclist
- 03 Other Pedalcyclist
- 04 Rider of animal
- 05 In animal-drawn vehicle
- 06 Machine operator/rider
- 07 Other Conveyance

**57 PED LOCATION**
- 01 Shoulder
- 02 Curb
- 03 Sidewalk
- 04 Outside Right of Way
- 05 On Roadway at Crosswalk
- 06 On Roadway Not at Crosswalk
- 07 In School Bus Zone
- 08 In Bikeway

**58 PED OBEDIENCE**
- 01 No pedestrian signal
- 02 Obeyed pedestrian signal
- 03 Disobeyed pedestrian signal
- 04 Pedestrian signal malfunction

**59 PED VISIBILITY**
- 01 Light Clothing
- 02 Dark Clothing
- 03 Mixed Clothing
- 04 Reflective Material
- 05 Head Light
- 06 Rear Light Reflector
- 07 Head Light & Rear Reflector

**61 DR SAFETY EQUIP USE**
- 01 None
- 11 Lap Belt Only
- 12 Shoulder Belt Only
- 13 Shoulder/Lap Belt (s)
- 14 Child/Youth Restraint
- 21 MC/Bike Helmet
- 22 MC/Bike Eye Shield Only
- 23 MC/Bike Helmet & Shield
- 31 Air Bag (Only)
- 32 Air Bag & Belt (s)

**62 DR EQUIPMENT PROBLEM**
- 01 No Misuse/Problem (Use OK)
- 11 Belt (s) Anchor (s) Broke
- 13 Belt (s) Misused
- 31 Air Bag Failed to Deploy

| | | | | | | |
|---|---|---|---|---|---|---|
| 63 | DR. EJECTION | 82-1/2/3/4 | CONTRIB CIRCUMSTANCE | 87/88 | FIRST/MAIN IMPACT PTS | |
| | 01  Not ejected; not trapped | | Driver/Ped/Cyclist | 90 | (VEH) AREAS DAMAGED | |

**63  DR. EJECTION**
- 01  Not ejected: not trapped
- 02  Fully Ejected
- 03  Partially Ejected
- 04  Trapped

**66/70  (DIRECTION) GOING/CONTINU**
- 01  North
- 02  South
- 03  East
- 04  West

**75  (VEH) BODY TYPE**
- 01  Motorcycle
- 02  Automobile
- 03  Station Wagon
- 04  Limousine
- 05  Single Truck 2 axles
- 06  Single Truck 3 axles
- 07  Truck Tractor
- 08  Recreational Vehicle
- 09  Farm Vehicle
- 10  Transit Bus
- 11  Cross Country Bus
- 12  School Bus
- 13  Ambulance/Emergency
- 14  Ambulance/Non-Emergency
- 15  Fire Vehicle/Emergency
- 16  Fire Vehicle/Non-Emergency
- 17  Police Veh/Emergency
- 18  Police Veh/Non-Emergency
- 19  Moped
- 20  Pickup Truck
- 21  Van
- 23  Sport Utility Vehicle (SUV)

**78  COMM BODY TYPE**
- 01  Bus
- 02  Van/Encl. Box
- 03  Truck-Tractor
- 04  Cargo Tank
- 05  Flatbed
- 06  Dump
- 07  Concrete Mixer
- 08  Auto Transporter
- 09  Garbage/Refuse

**80  (VEH) MOST HARMFUL EVENT**
Collision With:
- 01  Other Motor Vehicle in transport
- 02  Parked Motor Vehicle
- 03  Pedestrian
- 04  Bicycle
- 05  Other Pedalcycle
- 06  Other Conveyance
- 07  Railway Train
- 08  Animal
- 09  Fixed Object
- 10  Other Object

Non-collision:
- 11  Overturn
- 12  Spilled Cargo
- 13  Jackknife
- 14  Separation of Units
- 15  Other Non-Collision

**82-1/2/3/4  CONTRIB CIRCUMSTANCE**
Driver/Ped/Cyclist
- 01  Under influence of drugs
- 02  Under influence of alcohol
- 03  Under infl. of medication
- 04  Under combined influence
- 05  Physical/ment. difficulty
- 06  Fell asleep, fainted, etc.
- 07  Failed to give full time and attention
- 08  Did not comply with license restrictions
- 09  Failure to drive within a single lane
- 10  Improper right turn on red
- 11  Fail: yield right of way
- 12  Fail: obey stop sign
- 13  Fail: obey traffic sign
- 14  Fail: obey other traffic control
- 15  Fail: keep right of center
- 16  Fail: stop for school bus
- 17  Wrong way on one way road
- 18  Exceeded speed limit
- 19  Operator using a cellular telephone
- 20  Stopping in lane/roadway
- 21  Too fast for conditions
- 22  Followed too closely
- 23  Improper turn
- 24  Improper lane change
- 25  Improper backing
- 26  Improper passing
- 27  Improper signal
- 28  Improper parking
- 29  Interference/Obstruction by passenger

Ped/Cyclist ONLY
- 31  Illegally in roadway
- 32  Bicycle violation
- 37  Clothing not visible

Environment
- 41  Smog, smoke
- 42  Sleet, hail, freeze, rain
- 43  Blowing sand, soil, dirt
- 44  Severe crosswinds
- 45  Rain, snow
- 46  Animal
- 47  Vision obstruction (incl. blinded by sun or lights)

Vehicles
- 51  Brakes
- 52  Tires
- 53  Steering
- 54  Lights
- 55  Windows/windshield
- 56  Wheel(s)
- 57  Trailer coupling
- 58  Cargo
- 59  Engine trouble

Road
- 61  Wet
- 62  Icy or slushy
- 63  Debris or obstruction
- 64  Ruts, holes, bumps
- 65  Road under const./maint.
- 66  Traffic control device inoperative
- 67  Shoulders low, soft, high

**84  (VEH) TOWED VEHICLES**
- 01  1 Semi trailer
- 02  Semi - 1 Full Trailer
- 03  1 Full Trailer
- 04  2 Full Trailers
- 05  3 Trailers
- 06  Automobile
- 07  Utility Trailer
- 08  Boat Trailer
- 09  Camper
- 10  Travel/Home Trailer
- 11  Mobile Home
- 12  Farm Equipment

**87/88  FIRST/MAIN IMPACT PTS**
**90  (VEH) AREAS DAMAGED**

FRONT

```
  3    4    5    6    7    8
       ┌─────────────────┐
  2    │ 17 │  18  │ 19 │   9
       │    │      │    │
  1    │    │      │    │  10
       └─────────────────┘
 16   15   14   13   12   11
```

- 17  Hood
- 18  Roof/Top
- 19  Trunk
- 20  Windshield
- 21  Windows
- 22  Underside
- 23  Overturn (overall)

**94  (VEH) DAMAGE EXTENT**
- 01  No Damage
- 02  Superficial or Minor
- 03  Functional
- 04  Disabling
- 05  Destroyed

**98  SEAT POSITION**
- 01  Driver/Mcycle Operator
- 02  Center Front Seat
- 03  Right Front Seat
- 04  Left Rear/MC Passenger
- 05  Center Rear Seat
- 06  Right Rear Seat
- 07  Other Seat IN Vehicle
- 08  In Cargo Area
- 09  OUTSIDE Vehicle

**100  SEX**
- 01  Male
- 02  Female

**102  SAFETY EQUIPMENT USE**
- 01  None
- 11  Lap Belt Only
- 12  Shoulder Belt Only
- 13  Shoulder/Lap Belt (s)
- 14  Child/Youth Restraint
- 21  MC/Bike Helmet
- 22  MC/Bike Eye Shield Only
- 23  MC/Bike Helmet & Shield
- 31  Air Bag (Only)
- 32  Air Bag & Belt (s)

**103  EQUIPMENT PROBLEM**
Adult/Youth Restraint
- 01  No Misuse/Problem (Use OK)
- 11  Belt(s) Anchor(s) Broke
- 13  Belt(s) Misused
- 31  Air Bag Failed to Deploy

Child Restraint
- 42  Facing Wrong Way
- 43  Not Anchored Right
- 44  Anchor Not Secure
- 45  Not Strapped Right
- 46  Strap/Tether Loose
- 47  Size/Type Improper

**104  PASS. INJURY SEVERITY**
- 01  Not injured/not known
- 02  Possible injury
- 03  Inj. - not incapacitated
- 04  Disabled (Incapacitated)
- 05  Fatal

**105  EJECTION**
- 01  Not ejected: not trapped
- 02  Fully ejected
- 03  Partially ejected
- 04  Trapped

Revised 01/01/06

Case 8:16-cv-01052-PJM Parker v. The United States of America    USPS 0024