# State of Maryland Motor Vehicle Accident Report

| Field | Value |
|---|---|
| Report No. | 12377116 |
| Page | 1 of 1 |
| Accident Date | 02/3/14 |
| Accident Time | 009 |
| Report Type | PDO |
| Local Case Number | 14-296-0844 |
| Local Codes | 626 |
| Photos? | No |
| Investigating Officer ID | PFC T. (illegible) #3398 |
| Agency and Area | DA 154 |
| Supervising Officer ID | A/SGT Tobson #3139 |
| County | 16 |

## Road Information

| Field | Value |
|---|---|
| RD CHAR | 01 |
| RTE NUM | CO 45241 |
| Road Name | Livingston Rd |
| In Lane | N1 |
| Traf Sig | No |
| On Ramp | No |
| In Intersection | No |
| RD COND | 01 |
| INT-RTE | OP 4434 |
| Intersecting Road | Cornett St |
| Milept | 000.18 |
| Dir | W |
| Dist of Acc | 50.00 Ft |

## Accident Description

Unit 1 traveling N/B on Livingston Rd. Unit 2 traveling S/B on Livingston Rd. Unit 2 attempted to make a left turn into a driveway. Unit 1 struck Unit 2 on the rear passenger side.

## Units

### Unit 1
- Name: Stephannie Denette Withers
- Sex: 02
- Address: 8813 Ritchboro Rd, Forestville, MD 20747
- Tel: (301) 499-0711
- DR Date of Birth: 55
- Driver's License: W-___268, MD, Class C
- Safety Equip: 13
- Speed Limit: 01
- Body Type: 02
- Owner: United States Postal Service
- Owner Address: 11550 Livingston Rd, Fort Washington, MD 20744
- Tel: (301) 292-3658
- Year/Make: UU
- Model: LLV
- 1st Impact Pt: 02
- Main Impact: 02
- Exp Yr & Registr #: PM4315619
- Areas Damaged: 02, 11, 6
- Insurer: Self-Insured
- Vehicle ID: 1GBCS1049R2921977
- Vehicle Removed By: Driver
- Vehicle Removed To: Destination
- Fault: Yes

### Unit 2
- Name: Ralcia Elaine Parker
- Sex: 02
- Address: 9032 Lone Star Ct, Lorton, VA 22079
- Tel: (571) 340-5326
- DR Date of Birth: 85
- Driver's License: T____34, VA
- Safety Equip: 13
- Speed Limit: 02
- Body Type: 02
- Owner: Elaine Parker
- Owner Address: 14023 Mount Pleasant Dr, Woodbridge, VA 22191
- Year/Make: 07 Chrysler
- Model: 300 SRT
- 1st Impact Pt: 06
- Main Impact: 06
- Exp Yr & Registr #: LS3004E, VA, 06, 07, 08
- Insurer: State Farm
- Vehicle ID: 2C3LA63H178802470
- Vehicle Removed By: Owner
- Vehicle Removed To: Destination

## Passengers / Witnesses

| Traf Unit | Seat | Name | Address | Phone | Sex | Age |
|---|---|---|---|---|---|---|
| W | W | Isiah Kareen Williams | 7997 Autobahn Ave, Alexandria, VA 22306 | (703) 862-5853 | 01 | 22 |
| W | W | Darryl Mitchell | 113 57th Pl SE, Washington, DC 20019 | (301) 302-1291 | 01 | 36 |

## EMS

- Injured Taken By: Amb 847
- Injured Taken To: Ft. Washington Hospital
- EMS Run Report #: 14-296-0123

MSP FORM #1 (8/01) — MSP — CENTRAL RECORDS DIVISION COPY

Case 8:16-cv-01052-RJM Document 26-3 Filed 09/18/17 Page 1 of 1
Parker v. The United States of America — USPS 0022